UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HARRINGTON,<br><br>      Plaintiff,<br><br>      vs.<br><br>COLLECTIBLES MANAGEMENT RESOURCES,<br><br>      Defendant. | CASE NO. CV F 13-0496 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>**(Doc. 10.)** |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **July 17, 2013**            /s/
**Lawrence J. O'Neill**
                           UNITED STATES DISTRICT JUDGE

1